IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01002-PSF-CBS

W. DOUGLAS MORELAND, an individual;
DAVID E. LEWIS, an individual;
WILLIAM A. GRUENBERG, an individual;
WILLIAM A. GRUENBERG, as general partner of
LOUIS CO., a general partnership; and
WILLIAM A. GRUENBERG, as Trustee of the Gruenberg Family Trust, individually
and on behalf of all others similarly situated,

    Plaintiffs,

v.

NEIDIGER, TUCKER, BRUNER, INC.;
ENTROPIN, INC., a Delaware corporation;
THOMAS TACHOVSKY, an individual; and
HIGGINS BAILEY, an individual,

    Defendants.

---

### ORDER TO SET HEARING ON ORDER TO SHOW CAUSE
---

The Court's June 28, 2005 Order to Show Cause Why This Case Should Not Be Transferred being fully briefed, it is hereby

ORDERED that a one-hour hearing on the order to show cause is set for **July 29, 2005 at 9:00 a.m.**

DATED: July 20, 2005

                                        BY THE COURT:

                                        s/ Phillip S. Figa

                                        _____
                                        Phillip S. Figa
                                        United States District Judge